**DISMISS; and Opinion Filed November 13, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01382-CR

**JEROME NICHOLAS FITZGERALD, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82750-2010**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice Brown

Jerome Nicholas Fitzgerald filed a notice of appeal from the trial court's September 17, 2014 order modifying the conditions of her community supervision. An order modifying the conditions of community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). We dismiss the appeal for want of jurisdiction.

/Ada Brown/

ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

141382F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JEROME NICHOLAS FITZGERALD,
Appellant

No. 05-14-01382-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-82750-2010.
Opinion delivered by Justice Brown, Justices
O'Neill and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 13th day of November, 2014.